IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20624-CIV-GOLD/TURNOFF
Special Master Thomas E. Scott

PYCSA PANAMA, S.A.,

    Plaintiff,

vs.

TENSAR EARTH TECHNOLOGIES, INC.,

    Defendant.
_____/

## INITIAL SCHEDULING ORDER FOR PROCEEDINGS BEFORE THE SPECIAL MASTER

This matter is before the Special Master pursuant to the District Court's Order Appointing Special Master **[D.E. 192]**. On July 20, 2007, the Special Master conducted an initial conference to evaluate the status of pending discovery disputes and to schedule an upcoming hearing regarding these matters. Accordingly, having reviewed the Court file, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Each party shall file a Notice of Pertinent Pleadings for Consideration by the Special Master by *12:00 p.m. on Monday, July 23, 2007*;

2. Each party shall file a position paper of no more than five (5) pages in length by *2:00 p.m. on Tuesday, July 24, 2007* outlining the issues to resolved in the proceedings before the Special Master; and

3. The Special Master will hold a procedure and status conference on *Thursday, July 26, 2007 beginning at 2:00 p.m.* at the Office of the Special Master located at 1390 Brickell Ave., Third Floor, Miami, Florida

33131. One and a half hours have been set aside for this hearing and a court reporter has been requested.

**DONE AND ORDERED** this 20th day of July, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
U.S. District Judge Alan S. Gold