IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20624-CIV-GOLD/TURNOFF
Special Master Thomas E. Scott

PYCSA PANAMA, S.A.,

    Plaintiff,

vs.

TENSAR EARTH TECHNOLOGIES, INC.,

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL TENSAR'S FORMER EMPLOYEE FOR DEPOSITION ON THURSDAY, JULY 26, 2007 AS MOOT

This matter is before the Special Master pursuant to Plaintiff's Motion to Compel Tensar's Former Employee for Deposition on Thursday, July 26, 2007 **[D.E. 194]**, and Defendant, Tensar Earth Technologies, Inc.'s Response to Plaintiff's Motion to Compel Tensar's Former Employee for Deposition on Thursday, July 26, 2007 **[D.E. 198]**. The Special Master has reviewed the positions of the parties, and it appears that the parties have resolved the issues surrounding the deposition of Stephen Nicholas Valero. The deposition of Stephen Nicholas Valero shall proceed as scheduled on Thursday, July 26, 2007 beginning at 1:00 p.m. Accordingly, having reviewed the Court file, and being otherwise fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff's Motion to Compel Tensar's Former Employee for Deposition on Thursday, July 26, 2007 is hereby DENIED as MOOT. The deposition of Stephen Nicholas Valero shall proceed as scheduled on Thursday, July 26, 2007 beginning at 1:00 p.m.

2. The status conference before the Special Master remains scheduled to begin at 2:00 p.m. on Thursday, July 26, 2007 at the Office of the Special Master. One and a half hours have been set aside for this conference and a court reporter has been requested.

**DONE AND ORDERED** this 24 day of July, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
U.S. District Judge Alan S. Gold