IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20624-CIV-GOLD/TURNOFF
Special Master Thomas E. Scott

PYCSA PANAMA, S.A.,

      Plaintiff,

vs.

TENSAR EARTH TECHNOLOGIES, INC.,

      Defendant.
_____/

## ORDER GRANTING EXTENSION OF TIME FOR TENSAR EARTH TENCHNOLOGIES, INC. TO FILE AFFIDAVIT IN SUPPORT OF DISCOVERY RESPONSES

This matter is before the Special Master pursuant to Defendant, Tensar Earth Technologies, Inc.'s Request for a Brief Extension of Time to file an Affidavit in Support of its Responses to Plaintiff, Pycsa Panama, S.A.'s Requests for Production (*See* Exhibits "A" and "B"). Counsel for Pycsa has no objection to Tensar's request, provided that Tensar produce responsive documents, either in part or in whole, pursuant to the Special Master's Order and Recommendations Regarding Pending Discovery Matters **[D.E. 202]**. Accordingly, having reviewed the Court file, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Tensar's request for a one day extension to file an affidavit in support of its Responses to Pycsa's Requests for Production is hereby GRANTED. Tensar shall file the affidavit in support of its Responses to Pycsa's Requests for Production by **12:00 p.m. on Wednesday, August 1, 2007.**

06-20624-CIV-GOLD/TURNOFF

2. Pursuant to the Special Master's Order and Recommendations Regarding Pending Discovery Matters **[D.E. 202]**, Tensar is hereby ordered to provide responsive documents to Pycsa's outstanding discovery requests no later than **12:00 p.m. on Tuesday, July 31, 2007**.

**DONE AND ORDERED** this 31st day of July, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
U.S. District Judge Alan S. Gold