IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20624-CIV-GOLD/TURNOFF
Special Master Thomas E. Scott

PYCSA PANAMA, S.A.,

    Plaintiff,

vs.

TENSAR EARTH TECHNOLOGIES, INC.,

    Defendant.
_____/

## ORDER REGARDING PRODUCTION OF PHASE I DOCUMENTS AND UPCOMING DEPOSITIONS

This matter is before the Special Master pursuant to Defendant, Tensar Earth Technologies, Inc.'s Status Report Regarding Phase I Documents **[D.E. 206]** and the issues raised before the Special Master during the August 6, 2007 Status Conference. The Special Master has reviewed the positions of the parties regarding the status of production of Phase I documents and the outstanding depositions to be taken in this matter. Accordingly, having reviewed the Court file, and being otherwise fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff, Pycsa Panama, S.A. (hereinafter "Pycsa") is hereby ordered to identify and make available to Tensar all Phase I documents outlined in the affidavit of Carlos M. Mallol (*See* D.E. 186-5) and the correspondence dated June 22, 2007 (*See* D.E. 178-9) while counsel for both parties are in Panama. Documents previously produced by Pycsa, or produced in the

course of third-party discovery, need not be reproduced. Arrangements for the transportation and copying of all outstanding Phase I documents must be made by **5:00 p.m. on Friday, August 10, 2007**. Tensar shall file a Status Report with the Special Master by **5:00 p.m. on Friday, August 10, 2007** regarding the Phase I documents. In the event that Pycsa is unable to locate responsive Phase I documents, either in part or in whole, Pycsa shall file an affidavit by **5:00 p.m. on Friday, August 10, 2007** outlining its efforts to locate responsive documents, and shall state under penalty of perjury that no responsive documents exist to the specific Phase I document requested by Tensar. In addition, Pycsa is hereby ordered to provide Tensar a catalogue of already produced Phase I documents by no later than **5:00 p.m. on Monday, August 13, 2007**.[1]

2. Tensar is hereby ordered to provide deposition dates, times, and locations to Pycsa for the depositions of Mr. Philip Egan and Professor Richard J. Bathurst by no later than **5:00 p.m. on Friday, August 10, 2007**. If the parties have not agreed to deposition dates by aforementioned deadline, the Special Master will make any and all recommendations to the District Court related to this issue that he deems just and proper.

3. A telephonic Status Conference is hereby set to take place on **Monday, August 13, 2007 beginning at 1:00 p.m.** to discuss the status of document production and deposition scheduling. One half hour has been set aside for this status conference and a court reporter has been

---

[1] Although this ruling was not made orally during the August 6, 2007 Status Conference, the Special Master believes it to be implicit in his orders.

06-20624-CIV-GOLD/TURNOFF

requested. The parties are instructed to use the following call-in information:

        Number:        1-866-590-1534

        Participant Code:        34247463#

**DONE AND ORDERED** this 7 day of August, 2007.

        SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
U.S. District Judge Alan S. Gold