IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20624-CIV-GOLD/TURNOFF
Special Master Thomas E. Scott

PYCSA PANAMA, S.A.,

      Plaintiff,

vs.

TENSAR EARTH TECHNOLOGIES, INC.,

      Defendant.
_____/

### ORDER GRANTING BRIEF EXTENSIONS OF TIME FOR PARTIES TO FILE MATERIALS BEFORE THE SPECIAL MASTER[1]

This matter is before the Special Master pursuant to Plaintiff, Pycsa Panama, S.A.'s ("Pycsa") Request for a Brief Extension of Time to File an Affidavit in Support of its Production of Phase I Documents (*See* Exhibit "A"), Pycsa's Request for a Brief Extension of Time to File its Status Report Regarding Phase I Documents (*See* Exhibit "C"), and Tensar Earth Technologies, Inc.'s ("Tensar") Request for a Brief Extension of Time to File it Status Report Regarding Phase I Documents (*See* Exhibit "B"). Neither party has objected to the other party's requested relief (*See* Exhibits "C" and "D"). Accordingly, having reviewed the Court file, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

---

[1] All requested relief before the Special Master shall be made by motion filed with the United States District Court for the Southern District of Florida. Pursuant to Local Rule 7.1, movant shall confer with opposing counsel before filing the motion and shall include a statement certifying whether the requested relief is agreed to or opposed by the other party.

1. Pycsa's request for a one business day extension to file an affidavit in support of its Responses to Tensar's Requests for Production of Phase I documents is hereby GRANTED. Pycsa shall file the affidavit in support of its production of Phase I documents by **12:00 p.m. on Monday, August 13, 2007.**

2. Pycsa's request for a one business day extension to file its Status Report regarding Phase I documents is hereby GRANTED. Pycsa shall file its Status Report by **12:00 p.m. on Monday, August 13, 2007.**

3. Tensar's request for a one business day extension to file its Status Report regarding Phase I documents is hereby GRANTED. Tensar shall file its Status Report by **12:00 p.m. on Monday, August 13, 2007.**

4. Pursuant to the Special Master's Order Regarding Production of Phase I Documents and Upcoming Depositions **[D.E. 212]**, arrangements for the transportation and copying of all outstanding Phase I documents must be made by **5:00 p.m. on Friday, August 10, 2007**. In addition, Tensar shall provide deposition dates, times, and locations to Pycsa for the depositions of Mr. Philip Egan and Professor Richard J. Bathurst by no later than **5:00 p.m. on Friday, August 10, 2007**.

**DONE AND ORDERED** this 10th day of August, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
U.S. District Judge Alan S. Gold

- 2 -