IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20624-CIV-GOLD/TURNOFF
Special Master Thomas E. Scott

PYCSA PANAMA, S.A.,

    Plaintiff,

vs.

TENSAR EARTH TECHNOLOGIES, INC.,

    Defendant.
_____/

## ORDER REGARDING PHASE I DOCUMENTS

This matter is before the Special Master pursuant to Defendant, Tensar Earth Technologies, Inc.'s, Follow-up Status Report Regarding Phase I Documents **[D.E. 217]**, Plaintiff's Status Report Regarding Phase I Documents **[D.E. 218]**, and the Declaration of Oscar Delgado **[D.E. 219]**. Accordingly, having reviewed the positions of the parties, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    After the parties have reviewed the above referenced docket entries, if either party identifies outstanding issues related to Phase I documents that must be resolved by the Special Master, the party shall file a motion of no more than five (5) pages outlining the issues to be addressed and the specific relief requested.  The parties shall file any such motion by **2:00 p.m. on Tuesday, August 14, 2007**. Counsel

for the non-movant shall have until **2:00 p.m. on Wednesday, August 15, 2007** to file a Response. No Replies shall be permitted.

**DONE AND ORDERED** this 13th day of August, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
U.S. District Judge Alan S. Gold