**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 06-20624-CIV-GOLD/TURNOFF
Special Master Thomas E. Scott

PYCSA PANAMA, S.A.,

      Plaintiff,

vs.

TENSAR EARTH TECHNOLOGIES, INC.,

      Defendant.

_____/

**ORDER GRANTING TENSAR EARTH TECHNOLOGIES, INC.'S UNOPPOSED
MOTION FOR ENLARGEMENT OF EXPERT REPORT DEADLINE FOR
CARLOS MALLOL AND THEORDORE TRAUNER**

      This matter is before the Special Master pursuant to Defendant, Tensar Earth Technologies, Inc.'s, Unopposed Motion for Enlargement of Expert Report Deadline for Carlos Mallol and Theodore Trauner **[D.E. 227]**.  Accordingly, having reviewed the positions of the parties, and being otherwise fully advised in the premises, it is hereby

      **ORDERED AND ADJUDGED** as follows:

1.      Tensar Earth Technologies, Inc.'s (hereinafter "Tensar") unopposed request to extend the deadline to file the expert reports of Mr. Mallol and Mr. Trauner is hereby GRANTED.  Tensar shall file the expert reports of Mr. Mallol and Mr. Trauner on or before **Friday, August 31, 2007**.  Tensar shall serve Pycsa Panama, S.A. (hereinafter "Pycsa") with the expert reports of Mr. Mallol and Mr. Trauner by either hand delivery or e-mail as a PDF file on or before Friday, August 31, 2007.

06-20624-CIV-GOLD/TURNOFF

2. The extension of the deadline for Tensar to file the expert reports of Mr. Mallol and Mr. Trauner will not alter the deadline for Pycsa to file rebuttal reports, the deadline for the parties to file dispositive motions, or the trial date.

**DONE AND ORDERED** this 21st day of August, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
U.S. District Judge Alan S. Gold