UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

**PYCSA PANAMA, S.A.**,

        Plaintiff,                      CASE NO. 06-20624-CIV-GOLD
                                                    MAGISTRATE JUDGE TURNOFF

vs.

**TENSAR EARTH TECHNOLOGIES,
INC.**, a Georgia corporation,

        Defendant.
_____/

## NOTICE OF FILING REBUTTAL EXPERT REPORTS

PLEASE TAKE NOTICE that pursuant to the Court's July 20, 2007 Order directing the parties that "expert rebuttal reports shall be <u>filed</u> by August 24, 2007," Plaintiff Pycsa Panama, S.A., files this Notice of Filing its rebuttal expert witness summaries and/or reports, as well as any information required under Rule 16K.1 which has not been previously provided to Defendant Tensar Earth Technologies, Inc. ("Tensar"). Specifically, the rebuttal expert reports filed with this Notice rebut the reports of Tensar's experts, Jorge Zornberg (report served July 3, 2007) and James Collin (report served June 29, 2007); a true copy of the expert rebuttal reports are attached hereto as Exhibits A & B, respectively.

It should be noted that with regard to the expert rebuttal of Tensar expert Jorge Zornberg Pycsa intends to offer the expert rebuttal testimony of Dr. Trey Flowers, Ph.D. as to those rebuttal opinions expressed in sections titled "Hydrology and Drainage Analysis" which is in direct response to opinions expressed by Tensar expert Jorge Zornberg in his July 3, 2007 report. A true copy of Dr. Flower's curriculum vitae, as well as his list of those matters in which he has

provided testimony is attached hereto as Exhibit C. It should be further noted that Pycsa's rebuttal experts will not testify as to a topic already testified by any other rebuttal expert, i.e. Pycsa will not elicit duplicative testimony during the direct of any rebuttal expert. Pycsa further states that the testimony of its rebuttal experts is necessary to the presentation of its rebuttal case as each expert has developed separate facilities with regard to the potential engineering theories that may be advanced by Tensar through its engineering experts.

Dated:  August 24, 2007          Respectfully submitted,
        Miami, Florida

                                 s/Alexander Angueira
                                 ALEXANDER ANGUEIRA (Florida Bar No. 0716091)
                                 aangueira@swmwas.com
                                 SAMUEL O. PATMORE (Florida Bar No. 0096432)
                                 spatmore@swmwas.com
                                 STEARNS WEAVER MILLER WEISSLER
                                 ALHADEFF & SITTERSON, P.A.
                                 Suite 2200, Museum Tower
                                 150 West Flagler Street
                                 Miami, Florida 33130
                                 Telephone:   (305) 789-3200
                                 Facsimile:   (305) 789-3395
                                 **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **24th day of August, 2007**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                 s/Alexander Angueira
                                 ALEXANDER ANGUEIRA

**SERVICE LIST**
**CASE NO. 06-20624-CIV-GOLD/ Turnoff**

Gregory M. Palmer, Esq.
gpalmer@rumberger.com
Rumberger Kirk & Caldwell
Brickell Bayview Center
Suite 3000
80 Southwest 8th St.
Miami, FL 33130
Telephone:  (305) 358-5577
Facsimile:  (305) 371-7580
Attorney for Defendant Tensar Earth Technologies, Inc.
**Via CM/ECF transmission and U.S. mail**

Albert E. Blair, Esq.
ablair@dkdr.com
Daniels, Kashtan, Downs, Robertson & Magathan
3300 Ponce de Leon Blvd.
Coral Gables, FL 33134
Telephone: (305) 448-7988
Facsimile: (305) 448-7978
Co-Counsel For Defendant Tensar Earth Technologies, Inc.
**Via CM/ECF transmission and U.S. mail**