UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA, MIAMI DIVISION

PYCSA PANAMA, S.A.                      CASE NO.: 06-20624 CIV-GOLD
                                                                                       MAGISTRATE JUDGE TURNOFF

         Plaintiff,
v.

TENSAR EARTH TECHNOLOGIES, INC.,
a Georgia corporation,

         Defendant.
_____/

**NOTICE OF COMPLIANCE WITH THE DEADLINE TO PRODUCE THE REPORTS
OF DEFENDANT, TENSAR EARTH TECHNOLOGIES, INC.'S
EXPERTS THEODORE TRAUNER, CARLOS MALLOL AND PETER GAMPEL**

Defendant, Tensar Earth Technologies, Inc., pursuant to this Court's written Orders dated July 23, 2007 [Docket No. 192] and August 21, 2007 [Docket No. 228], has served the Expert Reports of Theodore Trauner and Carlos Mallol and the Expert Rebuttal Report of Peter Gampel.

**1.**      **THEODORE TRAUNER**

         **A.**      **The Subject of Mr. Trauner's Expert Testimony**

The subject of Mr. Trauner's expert testimony is the delays in the construction of the Corredor Norte roadwayproject in country of Panama and also all damages claimed by Pycsa which directly relate to the construction of the Corredor Norte.

         **B.**      **Proffer As To Why Mr. Trauner's Opinions Are Not Cumulative, And Why
The Opinions Are Necessary**

Mr. Trauner will offer opinions regarding construction delays and construction damages. These opinions will address the existence of, causes of and consequences of the delays in the construction of the Corredor Norte roadway. His opinions are necessary to defend against Pycsa's claims regarding the effects of the collapses of the retaining walls at the La Palmita and

La Fula bridge abutments as set forth in the Complaint. He will not offer opinions regarding the management of the construction of the Corredor Norte nor will he offer opinions regarding any of the damages claimed by Pycsa from an accounting perspective.

**2. CARLOS MALLOL**

    **A. The Subject Mr. Mallol's Expert Testimony**

The subject of Mr. Mallol's expert testimony is the project responsibility, project management and project delays in regards to the Corredor Norte roadway and Pycsa's claim for damage to reputation.

    **B. Proffer As To Why Mr. Mallol's Opinions Are Not Cumulative, And Why The Opinions Are Necessary**

Mr. Mallol will offer opinions regarding the Corredor Norte project responsibility, management and delays. He will not offer opinions regarding Pycsa's computation of its alleged damages nor will he offer opinions regarding the alleged three year delay claim by Pycsa. He will only offer opinions regarding construction delays as they relate to project management, project responsibility and the alleged damage to Pycsa's reputation.

**3. PETER GAMPEL**

    **A. The Subject of Mr. Gampel's Expert Rebuttal Testimony**

The subject of Mr. Gampel's expert rebuttal testimony is Pycsa's cumulative damages.

    **B. Proffer As To Why Mr. Gampel's Opinions Are Not Cumulative, And Why The Opinions Are Necessary**

Mr. Gampel will offer rebuttal opinions regarding Pycsa's damages from an accounting perspective. His opinions are necessary to rebut the claims set forth in the supplemental report of Pycsa's damage expert, Antonio Argiz dated May 17, 2007. He will not offer opinions

regarding the alleged three year delay period, nor will he provide opinions regarding construction management.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand-delivered this 31st day of August, 2007 to: **Alexander Angueira, Esquire**, Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A., 150 West Flagler Street, Suite 2200, Miami, Florida, 33130 and **Richard G. Daniels, Esquire,** Daniels, Kashtan, Downs & Robertson, 3300 Ponce De Leon Boulevard, Coral Gables, FL  33134.

GREGORY M. PALMER
Florida Bar No. 784796
WHITNEY V. HARRELL
Florida Bar No. 0800821
MARTY M. FULGUEIRA
Florida Bar No. 0020891
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre,  Suite 3000
80 S.W. 8th Street (33130-3047)
Post Office Box 01-9041
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580

Attorneys for Defendant Tensar Earth Technologies, Inc.

590892