IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20624-CIV-GOLD/TURNOFF
Special Master Thomas E. Scott

PYCSA PANAMA, S.A.,

      Plaintiff,

vs.

TENSAR EARTH TECHNOLOGIES, INC.,

      Defendant.
_____/

## ORDER SETTING HEARING ON DISCOVERY DISPUTES

This matter is before the Special Master pursuant to Defendant, Tensar Earth Technologies, Inc.'s Motion to Limit the Number of Depositions and Motion to Strike Late-Disclosed Witnesses Ernesto Dutari, Hugo Torrijos Carter, and Eduardo Quiros and Incorporated Memorandum of Law **[D.E. 234]**, Notice of Filing Exhibits to Defendant, Tensar Earth Technologies, Inc.'s Motion to Limit the Number of Depositions and Motion to Strike Late-Disclosed Witnesses Ernesto Dutari, Hugo Torrijos Carter, and Eduardo Quiros and Incorporated Memorandum of Law **[D.E. 235]**, Plaintiff's Response to Defendant Tensar Earth Technologies, Inc.'s Motion to Limit the Number of Depositions and Motion to Strike Late-Disclosed Witnesses Ernesto Dutari, Hugo Torrijos Carter, and Eduardo Quiros **[D.E. 238]**, and Pycsa Panama's Notice of Filing **[D.E. 239]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

06-20624-CIV-GOLD/TURNOFF

- 2 -

1. The Special Master will conduct a telephonic hearing on **Thursday, September 13, 2007 beginning at 2:30 p.m.** to hear argument from counsel on the above referenced motions pending before the Court. One half hour has been set aside for this hearing and a court reporter has been requested. The parties are instructed to use the following call-in information:

        Number:        1-866-590-1534

        Participant Code:    49793427#

**DONE AND ORDERED** this 12 day of September, 2007.

        SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
U.S. District Judge Alan S. Gold