IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20624-CIV-GOLD/TURNOFF
Special Master Thomas E. Scott

PYCSA PANAMA, S.A.,

    Plaintiff,

vs.

TENSAR EARTH TECHNOLOGIES, INC.,

    Defendant.
_____/

**ORDER DENYING TENSAR EARTH TECHNOLOGIES, INC.'S
MOTION TO LIMIT THE NUMBER OF DEPOSITIONS AND
<u>MOTION TO STRIKE LATE-DISCLOSED WITNESSES</u>**

This matter is before the Special Master pursuant to Defendant, Tensar Earth Technologies, Inc.'s Motion to Limit the Number of Depositions and Motion to Strike Late-Disclosed Witnesses Ernesto Dutari, Hugo Torrijos Carter, and Eduardo Quiros and Incorporated Memorandum of Law **[D.E. 234]**, Notice of Filing Exhibits to Defendant, Tensar Earth Technologies, Inc.'s Motion to Limit the Number of Depositions and Motion to Strike Late-Disclosed Witnesses Ernesto Dutari, Hugo Torrijos Carter, and Eduardo Quiros and Incorporated Memorandum of Law **[D.E. 235]**, Plaintiff's Response to Defendant Tensar Earth Technologies, Inc.'s Motion to Limit the Number of Depositions and Motion to Strike Late-Disclosed Witnesses Ernesto Dutari, Hugo Torrijos Carter, and Eduardo Quiros **[D.E. 238]**, and Pycsa Panama's Notice of Filing **[D.E. 239]**. Having reviewed the Court file, conducted a hearing on these matters, and being otherwise fully advised in the premises, it is hereby

06-20624-CIV-GOLD/TURNOFF

**ORDERED AND ADJUDGED** as follows:

1. Tensar Earth Technologies, Inc.'s ( hereinafter "Tensar") Motion to Limit the Number of Depositions and Motion to Strike Late-Disclosed Witnesses Ernesto Dutari, Hugo Torrijos Carter, and Eduardo Quiros is hereby DENIED. After reviewing the record, the Special Master concludes that the agreement between Tensar and Pycsa Panama, S.A. (hereinafter "Pycsa") to take twenty (20) depositions did not include expert depositions.

2. The depositions of Ernesto Dutari and Hugo Torrijos Carter shall go forward in Panama as scheduled.[1]

3. Tensar is hereby permitted to conduct a discovery deposition of both Ernesto Dutari and Hugo Torrijos Carter prior to the trial depositions noticed by Pycsa. Tensar shall have an hour and a half for each discovery deposition. Pycsa shall provide Tensar copies of any documentation Pycsa intends to use during the trial depositions of Ernesto Dutari and Hugo Torrijos Carter prior to the discovery depositions.

4. Tensar is hereby permitted two rebuttal witnesses regarding the testimony of Ernesto Dutari and Hugo Torrijos Carter. Tensar shall file any amended expert repots or supplemental witness lists by 5:00 p.m. on Monday, September 17, 2007.

5. The taking of these depositions should not be construed as a waiver by Tensar of any objection which it may lodge to the District Court concerning the rulings of the Special Master contained in this Order.

---

[1] During the September 13, 2007 hearing before the Special Master, Pycsa indicated that the deposition of Eduardo Quiros has been cancelled and will not be rescheduled.

06-20624-CIV-GOLD/TURNOFF

- 3 -

6. As outlined in prior Orders and Recommendations of the Special Master, nothing in this Order shall be construed as to alter the deadline for the parties to file dispositive motions or the trial date.

**DONE AND ORDERED** this 14 day of September, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
U.S. District Judge Alan S. Gold