# EXHIBIT 4

ORDEN DE COMPRA

CONSTRUCTORA VIAL, S.A.  
Calle 50 Edif. Torre Bco. Continental, piso 27  
R. U. C. 44680-038-296694  
Fecha de impresion: 04/10/02 10:54

No. 4124  
Pagina No.: 001

Proveedor: 211220 TENSAR EARTH TECHNOLOGIES, INC  
Direccion:  
Fecha Orden de Compra:  Tel.

| Cve. | Descripcion | U.M. | Cant. | Precio | Costo |
|---|---|---|---|---|---|
| MBICON017 | CONECTORES MESA STANDARD | PZA | 42000 | 0.2500 | 10,500.00 |
| MBIMAL004 | MALLAS MESA 5 | PZA | 190 R | 269.00 | 51,110.00 |
| MBIMAL005 | MALLAS MESA 3 | PZA | 100 R | 187.00 | 18,700.00 |

SOLICITA ING. EDUARDO ABED  
PARA TRABAJOS DE MUROS  
UBICADOS EN EL TRAMO DE  
TINAJITAS-CLUB DE GOLF.

ESTE MATERIAL APROXIMADAMENTE  
CUBRE LA MITAD DEL TRABAJO.

NOTA A CTAS X PAGAR.

FORMA DE PAGO  
TRANSFERENCIA POR EL TOTAL  
DE LA ORDEN SE ANEXA  
DIRECCION Y NOMBRE DEL BANCO.

ALL PRICES CIF PANAMA (MANZANILLO)

CUSTOMER # is 20864

140 BOXES MESA STD. CONN → .22 | 9,240  
190 Rolls UX MESA 5 → 264.50 | 50,255  
100 Rolls UX MESA 3 → 186.50 | 18,650  
                                            ─────  
                                            78,145  
                                             2,165  
Freight                                     ─────  
TOTAL CIF  $80,310

ELABORO   SOLICITO   AUTORIZO

Subtotal: 80,310.00  
Descuento: 0.00  
Subtotal neto: 80,310.00  
Total: 80,310.00

EXHIBIT 37 Paragon

TET17176

## COMMERCIAL INVOICE

*Please print or type*

| 1. SHIPPER NAME AND ADDRESS | 4. INVOICE NUMBER |
|---|---|
| TENSAR EARTH TECHNOLOGIES<br>1210 CITIZENS PARKWAY<br>MORROW, GA 30260 | TEN44057 |
| | 5. INVOICE DATE<br>10/26/02 |
| 2. SHIP TO NAME AND ADDRESS | 6. ON BOARD DATE<br>10/26/02 |
| CONSTRUCTORA VIAL S.A.<br>CALLE 50, EDIF TORRE<br>BCO CONTINENTAL PISO 27<br>PANAMA, PANAMA | 7. CONTAINER NUMBER<br>MOGU003619-9 SEAL NO. 1995 |
| 3. SOLD TO NAME AND ADDRESS<br>SAME AS ABOVE | 8. VESSEL NUMBER<br>APL JADE 112WP |

Original

CONSTRUCTORA VIAL, S.A.
ALMACEN CENTRAL
R E C I B I D O
7/11/02
FIRMA _____
NUMERO DE ENTRADA 7467

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE<br>USD | AMOUNT<br>USD |
|---|---|---|---|
| 31200 EA<br>(104 BXS) | OP474015 STANDARD MESA CONNECTOR | 0.22 / EA | 6,864.00 |
| 178 RLS | UXMESA560 4.36FTX200FT UXMESA5 UNIAXIAL HDPE GRID BLACK | 264.50 / ROLL | 47,081.00 |
| 100 RLS | UXMESA365 4.36FTX250FT UXMESA3 UNIAXIAL HDPE GRID BLACK | 186.50 / ROLL | 18,650.00 |
| | | FREIGHT CHARGES | 2,165.00 |
| | | FREIGHT CIP PANAMA | 74,760.00 |

1x1600Hs
1x1400H3

TOTAL WEIGHT = 33502 LBS

Manufacturas De Plastico: Mallas De Polipropileno
Manufactures of Plastic: Made of Polypropylene

These commodities licensed by U.S.A. for ultimate destination PANAMA
Diversion contrary to U.S.A. law prohibited.

"We hereby certify this invoice is true and correct and that the merchandise described is origin of the U.S.A."

| 11a. AUTHORIZED SIGNATURE | 11b. COMPANY<br>TENSAR CORPORATION |
|---|---|
| 11c. NAME (Print or Type)<br>RYAN CARSON | 11d. TITLE |
| 11e. DATE (DD/MM/YY)<br>10/29/02 | 11f. PHONE | 11g. FAX |

5 NOV 2002

P-00510

# COMMERCIAL INVOICE

*Please print or type*

**1. SHIPPER NAME AND ADDRESS**
TENSAR EARTH TECHNOLOGIES
1210 CITIZENS PARKWAY
MORROW, GA 30260

**2. SHIP TO NAME AND ADDRESS**
CONSTRUCTORA VIAL S.A.
CALLE 50 EDIF TORRE
BCO CONTINENTAL PISO 27
PANAMA, PANAMA

**3. SOLD TO NAME AND ADDRESS**
SAME AS ABOVE

**4. INVOICE NUMBER**
TEN44121

**5. INVOICE DATE**
NOV. 3, 2002

**6. ON BOARD DATE**
NOV. 3, 2002

**7. CONTAINER NUMBER**
N/A

**8. VESSEL NUMBER**
SEA PUMA V. T5

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|
| 10800 EA (36 BXS) | OP474015 STANDARD MESA CONNECTOR | 0.22 / EA | 2,376.00 |
| 12 RLS | UXMESA560 4.36FTX200FT UXMESA5 UNIAXIAL HDPE GRID BLACK | 264.50 / ROLL | 3,174.00 |
| | | FREIGHT CIP PANAMA | 5,550.00 |

TOTAL WEIGHT - 2328 LBS

Manufacturas De Plastico: Mallas De Polipropileno
Manufactures of Plastic: Made of Polypropylene

These commodities licensed by U.S.A. for ultimate destination PANAMA diversion contrary to U.S.A. law prohibited.

We hereby certify this invoice is true and correct and that the merchandise described is origin of the U.S.A.

**11a. AUTHORIZED SIGNATURE**
*[signature]*

**11c. NAME (print or type)**
G. BARFIELD

**11e. DATE (DD/MM/YY)**
03/11/02

**11b. COMPANY**
TENSAR CORPORATION

**11d. TITLE**
ATTORNEY-IN-FACT

**11f. PHONE**
800-845-4453

**11f. FAX**
770-968-9480

P-03840