# EXHIBIT 5

# tensar

TENSAR EARTH T???NOLOGIES
P.O. BOX 74005
ATLANTA GA 30374-0093
US

**Invoice**

PURCHASE ORDER NUMBER
4129 **

OUR REFERENCE

SALES ORDER NUMBER

IET 11580

CUSTOMER NUMBER    LOCATION NUMBER
X0864              HQ

REMIT TO ►

Bill To ►

Attn: Accounts Payable
CONSTRUCTORA VIAL, S.A.
CALLE 50, EDIF TORRE
BCO CONTINENTAL
PISO 27
PANAMA NONE
Panama

Ship To ►

CONSTRUCTORA VIAL, S.A.
CALLE 50, EDIF TORRE
BCO CONTINENTAL
PISO 27
PANAMA NONE
Panama

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| CASH | 24-OCT-02 | EMBERSON | | 24-OCT-02 | USA CARGO SERVICES | 44057 |

| ITEM NO. | Invoice Description | ORDERED | SHIPPED | T A X | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | OP474015 STANDARD MESA CONNECTOR PACKED 300 PCS PER BOX SKU: | 42000 | 31200 | | 0.22 | 6,864.00 |
| 2 | UXMESA560 4.36FTx200FT (1.33Mx61M) UXMESA-5 UNIAXIAL HDPE GRID BLACK SKU: | 190 | 178 | | 264.50 | 47,081.00 |
| 3 | UXMESA365 4.36FTx250FT (1.33Mx76.2M) UXMESA-3 UNIAXIAL HDPE GRID BLACK SKU: | 100 | 100 | | 186.50 | 18,650.00 |
| 4 | OP900020 LOT CHARGE - FREIGHT SKU: | 1 | 1 | | 2,165.00 | 2,165.00 |

ORIGINAL DOCUMENT

Tax Summary by Tax code

Tax NONE      @ 0.00                                    0.00

| | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| | 74,760.00 | 0.00 | 0.00 | 74,760.00 |
| | | | | Currency: USD |

ORIGINAL INVOICE

SPECIAL INSTRUCTIONS

—— ORIGINAL DOCUMENT ——

50-160?4?2