# EXHIBIT "B"

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 06-20624-CIV-GOLD/Turnoff

PYCSA PANAMA, S.A.,

        Plaintiff,

vs.

TENSAR EARTH TECHNOLOGIES,
INC., a Georgia corporation,

        Defendant.

_____/

### PLAINTIFF PYCSA'S NOTICE OF CONVENTIONAL FILING

Please take notice that Plaintiff Pycsa Panama, S.A. ("Pycsa") the foregoing **ORIGINAL**

**TENSAR INVOICE (FRONT AND BACK-SIDE)** is attached hereto and is being

conventionally filed for the following reasons:

    ☐    A Court Order (copy attached).

    ■    It cannot be converted to an electronic format.[1]

    ☐    A technical failure of the Court's CM/ECF website ____date____ .

Dated: _May 22, 2008_        Respectfully submitted,

    Miami, Florida

                  s/Alexander Angueira
                  ALEXANDER ANGUEIRA (Florida Bar No. 0716091)
                  alex@angueiralaw.com
                  ALEXANDER ANGUEIRA, P.L.L.C
                  Plaza 57, 7301 S.W. 57th Court, Suite 515
                  South Miami, FL 33143
                  Telephone:    (305) 357-9031
                  Facsimile:    (305) 357-9050

---

[1]    The scanning of the document does not accurately depict the original.

1

Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing is being served this 22nd day of May, 2008 on all counsel of record or pro se litigants identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filings.

s/Alexander Angueira

ALEXANDER ANGUEIRA

Gregory M. Palmer, Esq.
gpalmer@rumberger.com
Rumberger Kirk & Caldwell
Brickell Bayview Center
Suite 3000
80 Southwest 8th St.
Miami, FL 33130
Telephone: (305) 358-5577
Facsimile: (305) 371-7580
Attorney for Defendant Tensar Earth Technologies, Inc.

Albert E. Blair, Esq.
ablair@dkdr.com
Daniels, Kashtan, Downs, Robertson & Magathan
3300 Ponce de Leon Blvd.
Coral Gables, FL 33134
Telephone: (305) 448-7988
Facsimile: (305) 448-7978
Co-Counsel For Defendant Tensar Earth Technologies, Inc.



# Tensar.


REMIT TO:

**Bill To:**
Attn: Accounts Payable
CONSTRUCTORA UIAL, S.A.
CALLE 50, EDIF TORRE
BCO CONTINENTAL
PISO 27
PANAMA NONE
Panama

**Ship To:**
CONSTRUCTORA UIAL, S.A.
CALLE 50, EDIF TORRE
BCO CONTINENTAL
PISO 27
PANAMA NONE
Panama

TENSAR EARTH TECHNOLOGIES
P.O. BOX 7400,
ATLANTA GA 30374-0093
US

| | |
|---|---|
| NUMBER | Invoice |
| 1058121 | |
| DATE | 29-OCT-02 |
| PURCHASE ORDER NUMBER | PAGE 1 of 1 |
| 4121 | |
| OUR REFERENCE | |
| SALES ORDER NUMBER | |
| TET 11580 | |
| CUSTOMER NUMBER | LOCATION NUMBER |
| 20864 | ILG |

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| CASH | 29-OCT-02 | EMBERSON | | 29-OCT-02 | USA CARGO SERVICES | 4121 |

| ITEM NO. | Invoice Description | ORDERED | QUANTITY SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | GP474015 STANDARD MESA CONNECTOR PACKED 300 PCS PER BOX SKU: | 10800 | 10800 | X | 0.22 | 2,376.00 |
| 2 | UXMESA560 4.36Ft×200Ft (1.33M×61M) UXMESA-5 UNIAXIAL HDPE GRID BLACK SKU: | 12 | 12 | X | 264.50 | 3,174.00 |

Tax Summary by Tax code
----------------------------
Tax NONE          @ 0.00                                                                                      0.00

SPECIAL INSTRUCTIONS

| | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| | 5,550.00 | 0.00 | 0.00 | 5,550.00 |
| | | | | Currency: USD |

**ORIGINAL INVOICE**

58-1809162